TO: ALAN BALARAN

FROM: CAROLYN LERNER

RE: LEONARD V. WASHINGTON, ABD-AL-BAQU

DATE: MARCH 26, 1999

---

On January 7, 1999, Corporal Shirley Leonard filed an Equal Employment Opportunity Program Pre-Complaint Form complaining about inappropriate sexual behavior by Acting Deputy Warden for Operations Kenneth Washington and Corporal Rashidah Abd-al-baqi. Leonard requested that both Washington and Abd-al-baqi be disciplined for "openly expressing sexual misconduct to one another while in the work place."

Leonard's complaint was referred to the Equal Employment Opportunity Unit for investigation, and then forwarded to you. It is not clear why Leonard's complaint was sent to you, given that she does not allege that Washington and Abd-al-baqi's conduct was directed towards her, or was in retaliation for her <u>Neal</u> activities. Accordingly, this complaint should be remanded to the agency for investigation.

FILED
MAY - 5 1999
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

D.C. Department of Corrections
Human Resource Management Division
Equal Employment Opportunity Unit

## INVESTIGATION REQUEST FORM
## FOR SEXUAL HARASSMENT/RETALIATION COMPLAINTS AGAINST EMPLOYEES

*I. TO BE FILLED OUT BY THE APPROPRIATE AGENCY OFFICIAL:*

Date of Request: 2-1-99

Sexual Harassment _x_ Retaliation ___ Complaint Date: 1-7-99
(Third Party)
Complainant: Shirley Leonard    Facility: Central    Protected W/C: ___
    Kenneth Washington, A/DW
Respondent: Rashidah Abd-al-baqi    Facility: Central    Protected W/C: ___

Date Agency Aware of Complaint: 1-28-99    45-day period 1-29-99 to 4-2-99

Internal Investigation: _x_ Y ___ N    External Investigation: ___ Y _x_ N

Final Report Due to Management Official (30 days): 3-1-99

Adrienne R. Poteat                    Deputy Director for Institutions
        Name                                    Title

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

*II. TO BE FILLED OUT BY THE AGENCY EEO COORDINATOR:*

Date Request Received: _____

        INTERNAL INVESTIGATION: ___
1._____(Chair) 2._____ 3._____
Date Called:_____ Time:_____ Contacted:_____
Case Picked Up By:_____ Date:_____

        EXTERNAL INVESTIGATION: ___
1. *Special Master:* ___ Case delivered to Corp. Counsel on (Date): ___

2. *US Investigations Services, Inc. (USIS):* ___
Date Called:_____ Time:_____ Contacted:_____
Name of Investigator:_____ Date Assigned:_____
Case Picked Up By:_____ Date:_____

Investigative Report Received (Date):_____

Notes:_____

Assigned by:_____        _____
            Name                            Title
Revised 6/98



Government of the District of Columbia
DEPARTMENT OF CORRECTIONS

1923 Vermont Avenue, N.W.
Washington, D.C. 20001

Office of Special Projects

January 27, 1999

## MEMORANDUM

**TO** : Adrienne R. Poteat
Deputy Director for Institutions

**FROM** : Talaya G. Gilmore-Moye
EEO Coordinator

**SUBJECT:** Sexual Harassment Complaint/Third Party

Attached is the Sexual Harassment /Third Party complaint of Shirley Leonard Against Cpl. Rashidah Abd-al-baqi. Kenneth Washington, Acting Deputy Warden for Operation was named by Corporal Leonard as the Complainant that was allegedly being sexually harassed by Corporal Abd-al-baqi. Therefore, this office is requesting a memorandum through your office from Mr. Washington in reference to his alleged knowledge of this incident reported by Corporal Leonard.

Please fill out the appropriate form so that an investigation into this matter can take place immediately.

cc: Fred Staten, Jr., EEO Officer

TGGM/tggm

# D.C. DEPARTMENT OF CORRECTIONS
Washington, D.C. 20001

## EQUAL EMPLOYMENT OPPORTUNITY PROGRAM

### PRE-COMPLAINT FORM

| 1. NAME OF COMPLAINANT | 2. TITLE & GRADE | 3. WORKSITE | 4. OFFICE PHONE |
|---|---|---|---|
| Shirley Leonard | Corporal 8 | Central Facility | (303) 643-6381 |

| 5. NAME & TITLE IMMEDIATE SUPERVISOR | 6. WORKSITE | 7. OFFICE PHONE |
|---|---|---|
| Lt Penny Jackson | Central Facility | 643-6116 |

| 8. NAME & TITLE SECOND LINE SUPERVISOR | 9. WORKSITE | 10. OFFICE PHONE |
|---|---|---|
| Capt. Alfred Buecker | Central Facility | 643-6118 |

**11. DISCRIMINATION COMPLAINT BASED ON:** (CHECK APPROPRIATE BOX(ES))

RACE ☐   COLOR ☐   SEX ☐   RELIGION ☐   NATIONAL ORIGIN ☐   OTHER (SPECIFY) ☒ Sexual Misconduct In the Work Place

**12. NAME(S) OF PERSON(S) CHARGED:** Acting Deputy Warden of Operation Kenneth Washington, And Corporal Rashidah Abd-Al-Baoi

**13. DATE(S) OF MOST RECENT DISCRIMINATION:** December 31, 1998.

**14. DESCRIPTION OF COMPLAINT:**

On December 31, 1998 Acting Deputy Warden For Operation Kenneth Washington at Central Facility graced the Row Call Rm with his presence to warn the Correctional Officers to avoid getting into troubles over the New Year.

After Row call Corporal Abdalbaoi Approached Acting Deputy Warden Washington Face to Face while placing both of her hands on

**15. RELIEF SOUGHT:** That Administrator Acting Deputy Warden Kenneth Washington and Corporal Rashidah Abd-Al-Baoi be disciplined for openly expressing sexual misconduct to one another while in the work place.

**16. Have you initiated any other action concerning this complaint?** YES ☒   NO ☐
If "YES", state with whom complaint was filed, i.e., D.C. Office of Personnel, Office of Human Rights, Equal Employment Opportunity Commission, Court. DCDC Director Devon Brown, Special Master Allan Balaran CEO Fred Staten and Warden Lawrence Greer.

**17. Permission (X) is ( ) is not granted to use my name as needed, in resolving this case.**

Corporal Shirley T. Leonard
TYPED NAME & TITLE OF COMPLAINANT

January 7, 1999
DATE SUBMITTED

SIGNATURE OF COMPLAINANT

SIGNATURE OF AGENT

ENCLOSURE 1 to DO 3800.1C, dtd October 23, 1984

December 31, 199[?]

his overcoat. Corporal Abdaibaoi proceeded to spread open bothsides of Deputy Warden Washington overcoat and inserted her arms inside and around his waist while pressing her body and oversize large breast close against Deputy Warden Washington [...]

As Corporal Abdaibaoi snuggled closely up to Deputy Warden Washington body, he did not resist, instead he turned Corporal Abdaibaoi inster by hugging and holding her closer to his body while she gently relaxed the rightside of her face closely upon Deputy Warden Washington chest.

When Deputy Warden Washington notice I was watching him and his subordinate open sexual misconduct towards each other, he became irate with me. Forcefully demanding that I tell him what I was looking at? When I refused to do so Deputy Warden Washington demanded in a demeaning voice tone "If he could help me? Knowing Deputy Warden Washington on going track record for retaliating against me for my participation and testimony given to Special Master on Balaron against Administrators in the Dept of Correction for retaliating against Protective witness Allen Lucio on the Bessye etal Sexual Harassment civil Action Suit, I proceeded to leave the Building while Deputy Warden Washington and Corporal Abdaibaoi continued to taunt and engage in loud laughter and negative comments towards me.

With uncontrollable laughter, Corporal Abdaibaoi insist she just butting Deputy Warden Washington overcoat up. Deputy Warden Washington consciously consented to engage in open sexual misconduct with Corporal Abdaibaoi while refusing to conform Dept Policy on Zero tolerance on Sexual misconduct In the work place. Deputy Warden Washington is clearly a poor example for all officers in the Department of Correction, his sexual behavior towards his subordinate should no longer be tolerated.

December 31, 1998

In short I am soliciting Director Devon Brown for help. In the past seven years I've asked [for] help from EEO Fred Staten who constantly refuses to do his job along with Mrs. Talaya (Glmoke) Moya who surprisedly finds [the] correctional administrators not guilty of any sexual misconduct. I am simply hoping that corrective measures be inforced in order to secure a none threating working environment from sexual misconduct, harassment and retaliation in the Department of Correction work force.

CC   Mr Devon Brown
       Director of DC Department of Corrections
       Allan Eckson
       Special Master
       Lawrence Greene
       Warden Central Facility
       Fred Staten
       DC Department EEO Officer.