TO:        ALAN BALARAN

FROM:      CAROLYN LERNER

RE:        LEONARD V. WASHINGTON

DATE:      MARCH 26, 1999

FILED
MAY - 5 1999
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

---

On January 7, 1999, an inmate, Amir Hunter, filed an inmate grievance against Corporal Shirley Leonard, alleging that Leonard singled him out for harassment. On January 25, 1999, Leonard responded to Hunter's grievance. In her response, Leonard stated that she had witnessed sexual misconduct by Acting Deputy Warden Kenneth Washington, and she had filed an EEO complaint referencing this misconduct on December 30, 1998. According to Leonard's response to inmate Hunter's grievance, Hunter filed his grievance in retaliation for the fact that she had had filed an EEO complaint against Washington.

Leonard's complaints against Washington were sent to the Department's Equal Employment Opportunity Unit. It is not clear why her complaint was sent to you for investigation, since it does not allege <u>Neal</u>-based retaliation. Rather, it alleges retaliation for having filed a sexual harassment complaint. Accordingly, this complaint should be remanded to the agency for processing as a sexual harassment complaint.

D.C. Department of Corrections
Human Resource Management Division
Equal Employment Opportunity Unit

## INVESTIGATION REQUEST FORM
## FOR SEXUAL HARASSMENT/RETALIATION COMPLAINTS AGAINST EMPLOYEES

I. TO BE FILLED OUT BY THE APPROPRIATE AGENCY OFFICIAL:

Date of Request: 1/28/99

Sexual Harassment____ Retaliation _X_ Complaint Date: 1-26-99

Complainant: Shirley Leonard C/O     Facility: Central    Protected W/C: ____

Respondent: Kenneth Washington       Facility: Central    Protected W/C: ____

Date Agency Aware of Complaint: 1/26/99   45-day period 1/27/99 to 3/31/99

Internal Investigation: __Y _X_ N   External Investigation: _X_ Y ___N

Final Report Due to Management Official (30 days): 2/27/99

_Adrienne R. Poreat_                      _Deputy Director for Institutions_
            Name                                         Title

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

II. TO BE FILLED OUT BY THE AGENCY EEO COORDINATOR:

Date Request Received: _____

                    INTERNAL INVESTIGATION: _____
1. _____ (Chair) 2. _____ 3. _____
Date Called: _____ Time: _____ Contacted: _____
Case Picked Up By: _____ Date: _____

                    EXTERNAL INVESTIGATION: _____
1. *Special Master:* ____ Case delivered to Corp. Counsel on (Date): _____

2. *US Investigations Services, Inc. (USIS):* _____
Date Called: _____ Time: _____ Contacted: _____
Name of Investigator: _____ Date Assigned: _____
Case Picked Up By: _____ Date: _____

Investigative Report Received (Date): _____

Notes: _____

Assigned by: _____    _____
                    Name                              Title
Revised 6/98



Government of the District of Columbia
DEPARTMENT OF CORRECTIONS
Central Facility
Lorton, Virginia 22199

January 27, 1999

**MEMORANDUM**

TO        :   Debbie Fulton
              Staff Assistant

FROM      :   Charles Teixeira
              A/Institution Major

SUBJECT:      EOR: 99-01
              Sexual Harassment Allegation (Retaliation)

RE        :   Corporal Shirley Leonard              (Complainant)
              Number Two Shift

              Kenneth H. Washington                 (Respondent)
              A/Deputy Warden for Operations

I am enclosing the documentation regarding Corporal Shirley Leonard's allegations concerning A/Deputy Warden Kenneth H. Washington. This is the case that I consulted you on by telephone on Tuesday, January 26, 1999.

Attachments

IDPS-72

D.C. DEPARTMENT OF CORRECTIONS
OFFICIAL REPORT OF EXTRAORDINARY OCCURRENCE

Institution/Facility: Central

EOR # 99-01

**Type of Report**
[ ] Initial  [✓] Final  [ ] Supplemental

Date of Incident: 1-26-99
Time: 2:00 pm
Date of Report: 1-26-99
Time: 2:45 pm

**NATURE OF INCIDENT** (Check one or more)

- [ ] Escape/Escape Attempt
- [ ] Death - Natural/Foulplay
- [ ] Major Assault
- [ ] Riot or Disturbance
- [ ] Hostage Taking
- [ ] Accident
- [ ] Emp. Work Stoppage
- [ ] Bomb Threat
- [ ] Use of Force
- [ ] Arrest, Employee
- [ ] Medical Emergency
- [ ] Major Utility failure
- [ ] Firearm Discharge
- [ ] Inmate Work Stoppage
- [ ] Suicide/Attempt
- [✓] Other (specify) Allegation of Sexual Harassment

**IF AN ESCAPE, COMPLETE**
Notification made to:
- [ ] US Marshal (VA)
- [ ] US Marshal (DC)
- [ ] Metropolitan Police Department
- [ ] Fairfax County
- [ ] Prince William County
- [ ] Warrant Squad
- [ ] Other _____
- [ ] D.C. Jail - WALES

Date _____ Time _____

Present Status:
- [ ] At-Large
- [ ] Surrendered
- [✓] Apprehended
- [ ] Wounded
- [ ] Killed
- [ ] Other _____

**PRINCIPALS INVOLVED IN INCIDENT**

| Name and Identification (Inmate #, Employee Title) | Charge/Sentence (if inmate) | EOD Date (if employee) | How Involved (Suspect, Victim, Witness, Etc.) |
|---|---|---|---|
| Cpl. Shirley Crowded | | | Complainant |
| K.H. Washington | | | Respondent |

**TACTICAL INFORMATION**

Initial Report by: C. Wright
Date/Time: 1-26-99  3:20 pm

Lockdown Called  Date ___ Time ___
Notifications Initiated  Date 1-26-99  Time 2-

Evidence Secured  Yes [ ]  No [ ]
Notifications Completed  Date 1-26-99  Time 2-

Video Camera Used  Yes [ ]  No [ ]
Video Operator ___

Pictures Taken  Yes [ ]  No [ ]
Camera Operator ___

ERT on Stand By  Date ___ Time ___
ERT Activated  Date ___ Time ___

Siren Sounded  Date ___ Time ___
Command Post Activated  Date ___ Time ___

Communications Office Notified  Date ___ Time ___
Escape Search Initiated  Date ___ Time ___

Normal Operations Resumed  Date ___ Time ___
Escape Search Terminated  Date ___ Time ___

Name and Title of Reporting Official (Print): Charles Teixeira, N/Major
Signature of Reporting Official (Date): Charles ___ 1-26-99

EOR <u>99-01</u> DCDC-2 (cont.)

## OFFICIAL REPORT OF EXTRAORDINARY OCCURRENCES

At approximately 2:00 p.m. on the afternoon of Tuesday, January 26, 1999, I reviewed a response written by Corporal Shirley Leonard to an IGP that had been submitted by Inmate Amir Hunter, DCDC 216991. On the third hand writen page of her response, Corporal Leonard made a general reference to the fact that she had witnessed sexual misconduct by Acting Deputy Warden Kenneth H. Washington with an un-named female subordinate. Reference was also made that this information had been included in an EEO complaint that Corporal Leonard had filed on December 30, 1998.

Corporal Leonard further alleged that Inmate Hunter had filed his IGP on her in retaliation for the fact that she had filed an EEO complaint against Mr. Washington.

Notification was made in accordance with Department Order 3310.4c and was stopped by Ms. Debbie Fulton of the Deputy Director for Institutons Office.

| Name/Title Reporting Official | Signature/Date |
|---|---|
| Charles Teixeira, A/Major | [signed] 01-26-99 |

Cpl S. Leonard
#2 Shift
Central Facility

(1) Disciplinary Report
(2) Activity Pass
(3) Two call outs
that has been altered
(4) Inmate Grievance Form

## Response To Grievance    1/25/99

On December 17, 1998 Inmate Hunter Amir OCDC 216·991 Received a disciplinary Report from officer S. Leonard, OIC in the UDC Higher Education Building. The disciplinary Report written on Inmate Hunter by officer Leonard Consist of Inmate Hunter Lying, Lack of Cooperation and expressing threating Conduct towards officer Leonard, Causing her to Fear For her life. Along with Inmate Hunter disciplinary Report officer Leonard Attached Inmate Hunters Activity Pass which clearly shows Inmate Hunter was out of place and Had absolutly No Reason For being in the UDC Building.

Inmate Hunter Failed to Cooperate with officer Leonard by Not presenting a Call-out Pass when ask to do so by officer Leonard, Inmate Hunter disregarded officer Leonards Request to stay at her desk and when Leonard questioned Inmate Hunter about the books He was carrying Inmate Hunter lied and stated the books belonged to him. Later While being detained Inmate Hunter changed his story to say He was Returning Book For Inmate Steven Dyson 225-227. Lastly Inmate Hunter aggress threating behavior towards officer Leonard

99-01

PAGE #2

1/25/99

Cause her to feak for her life) and consequently Inmate Hunter aggressive threaty behavior towards officer leonard Resorted in him being locked down.

On serveral occasions officer leonard has witness Acting Deputy Warden for operations Kennvell Washyton give Inmate hunter boxes of cereal. This event took place when Acting Warden Washyton was Mayor at Central Facility. Officer leonard and her Co-workers assumed Inmate Hunter was rendering Acting Warden Washyton a service. Inmate Hunter was labled by Inmates as well as officers as Acting Warden Washyton Snitch. In short officer leonard strongly feels that Acting Warden Kenneth Washyton Incarriaged Inmate Hunter to F/O this Unmerit Grievance against her officer leonard inorder to force officer leonard From her post at UDC. This is simply another way the Department of Correction Administrator Acting Warden of Operation Kenneth Washyton chooses to use inmates

99-01

PAGE #3

1-25-99

to Retaliate against officer leonard for being a Prime witness for Protective witness Allen Lucas a claimant on the Bessye Neal Class Action Suite.

On December 30, 1998 officer leonard filed a formal complaint with EEO Fred Staten and CC, Director of the Department Mr Devon Brown and Warden of Central Facility Mr Lawrence Greer. In officer leonards complaint she mentioned that she had witness Sexual Misconduct from Acting Deputy Warden of operation Kenneth Washington and a Female Subornate of Warden Washington While working in the work Place. Seven days After officer leonard filed her complaint to EEO Fred Staten against Acting Warden Kenneth Washington. Inmate Hunter submitted his Grievance alleging Harassment. Attached to this Grievance Response are recent call-outs Unauthorized call-outs from Inmate Hunter that he has altered inorder to gain Access into the UDC Buildg.

99-01

Form No. 2.111-A (12-82)

**UDC**

Government of the District of Columbia
**DEPARTMENT OF CORRECTIONS**
Correctional Services

**Disciplinary Report**

Name: HUNTER, AMIR, AKA Holmes Amir ~~Holmes Amir~~  DCDC: 216991  Quarters: 6D  Squad: 00

Charge: LACK OF COOPERATION                Code Reference: Class II 105.5 (b)

Charge: THREATENING Conduct               Code Reference: Class II 103.10 (1)

Charge: Lying                             Code Reference: Class II 103.9

Description: On December 17, 1998 Inmate Hunter Amir DCDC 216991 Intered UDC Building He Proceeded Pass the Correct officer Desk And Headed towards the UDC Library. The Off At the desk verbally Instructed Inmate Hunter to Return to h Desk And Present His Reasons For Being in the building. Inmate Hunter Refused And Willfully disobeyed the officer Valid ord Because Inmate Hunter Failed to Respond to the officer direction The officer Asked Inmate Hunter to leave the Building. Hunter than Willfully Lied making False Statements to the officer, tryin to Avoid disciplinary Action by stating He was Returning his Br

Report by: Corporal S. Leonard

Date: 12-17-98                 Title: Correctional officer

Board Finding and Recommendation: _____

**Adjustment Board**

Chairman

Member

Member

Date

Recommended:
☐ Approval
☐ Disapproval  _____ Major

☐ Approval
☐ Disapproval  _____ Lt. Colonel

☐ Approval
☐ Disapproval  _____ Administrator

99 o(   PAGE #2

Government of the District of Columbia
**DEPARTMENT OF CORRECTIONS**
Correctional Services

## Disciplinary Report

Name: _____ DCDC: _____ Quarters: _____ Squad: _____

Charge: _____ Code Reference: _____

Charge: _____ Code Reference: _____

Charge: _____ Code Reference: _____

Description: _____

Back to the UDC Library, However latter Inmate Hunter Retracted his statement and send he was Returning Inmate Steven Dyson 225-227 Books back to UDC Library. Inmate Hunter Failed to cooperate with the Correctional officer in a Pleasant Manner, Instead Inmate Hunter physically Placed his body in a Fighting stance as to subject the officer to bodily Injury. The officer became very fearful of Inmate Hunter threating Conduct towards Her and called C/20 for Available officer at quarter Post three To Assist Her with Inmate Hunter, Inmate Hunter Failed to Present a call-out pass and ID card and his Activity Pass. Therefore Hunter was out of Place

Report by: _____

Date: _____ Title: _____

I Have Attached Inmate Hunters Activity Pass To show He Had N classes. And absolutly no Reason for being In the UDC Building

Board Finding and Recommendation: _____

| Adjustment Board | |
|---|---|
| Chairman | |
| Member | |
| Member | |
| Date | |

Recommended:
☐ Approval
☐ Disapproval _____ Major

☐ Approval
☐ Disapproval _____ Lt. Colonel

☐ Approval
☐ Disapproval _____ Administrator



INMATE ACTIVITY PASS
CENTRAL FACILITY
HIGHER EDUCATION

FROM 10/1/98   TO 12/22/98

SQUAD:
DORM: 6
DCDC: 216-991

NAME: HUNTER, AMIR
HOLMES, AMIR

| ACTIVITY | DAY/HOUR | PLACE |
|---|---|---|
| ALGEBRA | MF 8:30am-10:40am | UDC |
| SIGN LANGUAGE | F 12:30am-1:30am | UDC |

SUPERVISOR

99-01

Government of the District of Columbia
DEPARTMENT OF CORRECTIONS

INMATE CALL-OUT PASS

*(Instructions for Requesting Officials, fill in all enclosed spaces.)*

Dorm: 15

Squad: _____

Name: Amir Hunter

Number: 216-991

Please send the above named inmate to:

**HIGHER EDUCATION BUIILDING, ROOM 105**

Name of Requesting Official / Location

At 8:30 - 11:00 a.m. 1/5/99

Time / Date

Signature, Requesting Official: Mrs. White

Left Squad ............................................ Time / Official

Reported to Requesting Official ............ Time / Official

Left Requesting Official ....................... Time / Official

Returned to Squad ................................ Time / Official

Comments: TO STUDY, TYPE, AND TO USE THE COMPUTER

DCDC-2.106 (9-80)

Date Changed Altered by Inmate Hunter. According to UDC Librarian Mrs White its her signature but she states she did not change the Date.

99-01

**Government of the District of Columbia**
**DEPARTMENT OF CORRECTIONS**

**INMATE CALL-OUT PASS**

*(Instructions for Requesting Officials. Fill in all unlined spaces.)*

Dorm: 6         Squad: 2

Name: Hunter, Amir     Number: 216-991

Please send the above named inmates to:

Name of Requesting Official: DCDC Central Facility
Location: Law Library

At 8:30 A.M.
To 3:00 P.M.

Signature Requesting Official: Ezeagu
Date: 10/21/98

Left Squad................................    Time        Official

Reported to Requesting Official..............    Time    Official

Left Requesting Official.....................    Time    Official

Returned to Squad............................    Time    Official

Comments_____

Received this call-out from Inmate Hunter on 10-28-98. No Date. Witness Mr Ezeagu Law Librarian

Received Grievance
From Lt Penny Jackson on 1/25/99 0.per

99-01

# INMATE GRIEVANCE
## INSTITUTION ADMINISTRATOR'S REMEDY

District of Columbia
Department of Corrections
IGP Form 1 (Rev. 10/92)

Original Copy- Return to Resident

Type or use ball-point pen.                                   Attach additional sheets, if necessary

From: **Hunter    Amin**        **216991**    **15 Dorm**   **Central**
      LAST NAME,   FIRST NAME,  M.I.    DCDC NO.    CELL/BLOCK    INSTITUTION

**Part A - INMATE COMPLAINT:** (See Attached.)

Remedy Sought:

_____                            _____
DATE                                            SIGNATURE OF RESIDENT

**Part B - RESPONSE BY INSTITUTION ADMINISTRATOR:**

_____    **028-99**              _____
DATE                    IGP NO.                 SIGNATURE OF ADMINISTRATOR

See back for:  1. Appeal Procedure.    2. Instructions of filing emergency grievance of sensitive nature.

---

**Part C - RECEIPT**

Return to: _____   A   _____   **216991**   15 Dorm   Central
           LAST NAME,      FIRST NAME,  M.I.  DCDC NO.    CELL/BLOCK NO.   INSTITUTION

Subject: _____

_____                            _____
DATE                                            SIGNATURE OF RECIPIENT (STAFF MEMBER)

99-01

99-01

## Inmate Grievance

Hunter, Amir                216-991         15 Dorm         Central

Complaint: I'm constantly being harassed by Cpl. S Leonard. This officer has on several occasions, singled me out and harassed me for no reason. I attend U.D.C. and every time I enter the U.D.C. Higher Education building for either the Law Library or to attend classes Cpl. Leonard goes out of her way to harasses me.

On December 17, 1998, at approximately 9:30 am, I went to the Higher Education Building to return school books back to the U.D.C. Library. When I entered the building Cpl. Leonard asked me if I had classes. I stated to her that I was returning books back to the library. She ordered me to leave the building. I proceeded to leave the building. As I was leaving I start laughing. Cpl. Leonard then stated "oh you think it's funny" she then called for all available officers and had me placed in control cells for threatening conduct. I never disrespect or treating this officer at any time. There was two witnesses there who can attest to the false allegations that this officer made against me. Mrs. Grimkley (Staff Personnel), and Mr. Winbush - Bey (inmate).

Her conduct and actions are very unprofessional and unbecoming of a correctional officer.

In considering this grievance, I would request that I be free from any reprisals and/or retaliation from Cpl. Leonard.

Could you please look into this matter.

REMEDY SOUGHT: I would asked that this officer be reassign to another post until the outcome of your investigation.

January 7, 1999

Signature of Resident

028-99

ATTACHMENT 1

D.C. DEPARTMENT OF CORRECTIONS
DUAL NOTIFICATION FORM SIDE (1)

Type of Incident Reported:

```
___ Riot                    ___ Work Stoppage        ___ Recount
___ Escape/Furlough         ___ Resident Strike      ___ Not Cleared
___ Escape/Perimeter        ___ Hunger Strike        ___ Assault:
___ Disturbance             ___ Serious Assault          (Inmate
___ Assault: (Inmate v.                                  v. Staff)
    Inmate)                 ___ Other (Specify): Sexual Harassment
                                                 Allegation
```

Victim's Name: __Cpl. Shirley Leonard (Complainant)__
Assailant's Name: __Kenneth H. Washington (Respondent)__
Assailant's Name: _____
Type of Weapon(s) Used: _____
Time and Date: __02:45 p.m.    01-26-99__
Time and Date Confirmed: __2:45 p.m.    01-26-99__
Confirmed By: __Charles Teixeira   A/Major__
Incident Reported By: __Cpl. Shirley Leonard__
Report Received By: _____
Transported To: _____
         (CDF)   (Infirmary)   (DeWitt)   (DCGH)   (Other)
Reported To (Specify):
Metro Police (CDF, CTF + HWH): _____   Date: _____   Time: _____

Fairfax County
Police (Hotline): _____   Date: _____   Time: _____
Prince William
County Police (Hotline): _____   Date: _____   Time: _____

Communications Officer: _____   Date: _____   Time: _____

Major: _____   Date: _____   Time: _____

Deputy Warden/Ops: _____   Date: _____   Time: _____

Deputy Director: __Ms. Fulton__   Date: __01-26-99__   Time: __2:45pm__

Warrant Squad: _____   Date: _____   Time: _____

Chaplain: _____   Date: _____   Time: _____

_____
Captain  Charles Teixeira