# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BESSEYE NEAL, et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | **Civil Action No. 93-2420 (RCL)** |
| ) | |
| **DIRECTOR, D.C. DEPARTMENT** ) | |
| **OF CORRECTIONS, et al.,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

## ORDER

Upon consideration of Defendants' motion [2368] to reconsider and to amend the Court's Order [2367] dated October 5, 2005, the opposition thereto, the reply, the applicable law, and the entire record herein, it is hereby

ORDERED that defendants' motion [2368] to reconsider and to amend the Court's Order is DENIED for the reasons set forth within an accompanying memorandum opinion.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, November 22, 2005.